UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-92-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TED LYNN LOCKLEAR | |

On motion of the Defendant, Ted Lynn Locklear, and for good cause shown, it is hereby ORDERED that the **[DE 63]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 19 day of May 2018.

JAMES C. DEVER, III
Chief United States District Judge