IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-92-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TED LYNN LOCKLEAR | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 66 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 19 day of May, 2018.

JAMES C. DEVER
Chief United States District Judge