IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-92-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TED LYNN LOCKLEAR, | ) | |
| | ) | |
| Defendant. | ) | |

On April 26, 2022, Ted Lynn Locklear ("Locklear") moved for early termination of his supervised release [D.E. 82]. The court has reviewed the motion and the record. Locklear's probation officer will advise the court of Locklear's performance on supervised release, the status of Locklear's financial obligations, and whether the probation officer recommends early termination. Locklear and the United States may then respond to the probation officer's update.

SO ORDERED. This 13 day of June, 2022.

JAMES C. DEVER III
United States District Judge