IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-92-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TED LYNN LOCKLEAR, | ) | |
| | ) | |
| Defendant. | ) | |

On April 26, 2022, Ted Lynn Locklear ("Locklear" or "defendant") moved pro se for early termination of supervised release [D.E. 82]. On June 22, 2022, Locklear's probation officer notified the court that Locklear is in arrears in restitution payments. The probation office recommends that supervision be continued in order to monitor Locklear's employment, restitution payments, and to continue testing for drug use. On July 6, 2022, the government responded in opposition to Locklear's motion [D.E. 86].

In deciding whether to grants Locklear's motion for early termination of supervised release, the court has considered the entire record. Locklear engaged in serious criminal behavior involving conspiracy to distribute and possess a very large quantity of cocaine base (crack) crack and cocaine. See PSR [D.E. 47] ¶¶ 8–12. On May 1, 2012, the court sentenced Locklear to 156 months' imprisonment and 5 years' supervised release. See [D.E. 50] 1–2. Nonetheless, Locklear has taken some positive steps since his conviction and while on supervised release. See [D.E. 82]; [D.E. 83]; cf. Pepper v. United States, 562 U.S. 476, 491 (2011).

In light of the record, the court finds that Locklear needs continued supervision. Thus, the court DENIES defendant's motion for early termination of supervised release [D.E. 82].

SO ORDERED. This 25 day of July, 2022.

                                                           JAMES C. DEVER III
                                                           United States District Judge